# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-552
Lower Tribunal No. 20-8926
_____

**Freddy Sidi, Jr.,**
Appellant,

vs.

**Dye Capital & Company, LLC, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Law Offices of Frederick Charles Sake, and Frederick Charles Sake, for appellant.

Buchanan Ingersoll & Rooney PC, and Miranda L. Soto, Daniel R. Lazaro, and Roselvin S. Edelman, for appellees.

Before LOGUE, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.